[No. 72431-2-I. Division One. November 24, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHNNY DALE FULLER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-1-03439-9, Stanley J. Rumbaugh, J., entered July 11, 2013. *Affirmed* by unpublished opinion per Trickey, J., concurred in by Cox and Schindler, JJ.

[No. 72432-1-I. Division One. November 24, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMUEL OSCAR GONZALEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-03776-6, Frank E. Cuthbertson, J., entered March 29, 2013. *Affirmed* by unpublished opinion per Becker, J., concurred in by Dwyer and Leach, JJ.

[No. 72433-9-I. Division One. November 24, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID WAYNE WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 12-1-01249-1, Scott A. Collier, J., entered April 15, 2013. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Becker and Leach, JJ.

[No. 72435-5-I. Division One. November 24, 2014.]

PATHFINDER HOUSE ADULT FAMILY HOME ET AL., *Appellants*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 12-2-00907-1, Christine Schaller, J., entered June 28, 2013. *Affirmed* by unpublished opinion per Cox, J., concurred in by Lau and Leach, JJ.